# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
RESIGNATION OF DOROTHY NASH
HOLMES, BAR NO. 2057.

No. 85279

FILED

SEP 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Dorothy Nash Holmes for her resignation from the Nevada bar.

SCR 93(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Holmes; and that she is current on all membership fee payments and other financial commitments relating to her practice of law in this state. *See* SCR 93(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 93(5)(a)(2). Holmes acknowledges that her resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 93(5)(c)-(d). Finally, Holmes has submitted an affidavit of compliance with SCR 115. *See* SCR 93(5)(e).

22-30143

The petition satisfies the requirements of SCR 93(5). Accordingly, we approve attorney Dorothy Nash Holmes's resignation. SCR 93(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

 C.J.

cc:    Bar Counsel, State Bar of Nevada
Dorothy Nash Holmes
Executive Director
Admissions Office, United States Supreme Court